THE COAL AND IRON NATIONAL BANK, Appellant, v. AARON H. HOUTMAN and Others, Respondents. (Appeal No. 2.) — Order reversed on the law and

the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the parties are bound by the stipulation, which provided that neither the issue nor the date of the issue should be changed. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.